

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint
Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

On May 15, 2018, this court abated this appeal to allow the parties to mediate. On June 18, 2018, the mediator filed a letter in this court stating the parties did not reach a resolution during mediation; however, the mediator further stated he did not believe the negotiations are at an impasse. This appeal is REINSTATED on the docket of this court. Pending before the court is the court reporter's notification of late record. Appellants are ORDERED to file a written advisory in this court no later than ten days from the date of this order providing the status of the parties' negotiations and advising the court as to whether the parties request additional time to negotiate or whether the court should set a deadline for the filing of the reporter's record.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court